■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAKEBER SANDERS, Also Known as MAKEBA SANDERS, Appellant. [887 NYS2d 924]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about July 22, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Andrias, Saxe, Renwick and Manzanet-Daniels, JJ.